Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregorio** | | **Trevino** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **Carmen** | **Trevino** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number    17-70408

☑ Check if this is an amended filing

# Official Form 106A/B
## Schedule A/B: Property                                                                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **Sunchase Acres Lot 3 105 E Moore Rd San Juan, TX 78589-2644 Hidalgo County Texas**
   Street address, if available, or other description

   **105 E. Moore Rd**

   **San Juan, TX   78589**
   City          State   ZIP Code

   **Hidalgo**
   County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $463,972.00
   **Current value of the portion you own?** $463,972.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
   **Fee Simple**

   ☑ Check if this is community property
   (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................................... → $463,972.00

Official Form 106A/B                                              Schedule A/B: Property                                                                  page 1

| Debtor 1 | **Gregorio** | | **Trevino** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Maria** | **Carmen** | **Trevino** | **17-70408** |
| | First Name | Middle Name | Last Name | |

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

   3.1 Make: **Cadillac**
       Model: **Escalade**
       Year: **2003**
       Approximate mileage: **275000**
       Other information:
       2003 Cadillac Escalade-Debtor

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☑ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $2,500.00
   **Current value of the portion you own?** $2,500.00

   If you own or have more than one, list here:

   3.2 Make: **Chevrolet**
       Model: **Pickup**
       Year: **2004**
       Approximate mileage: **160000**
       Other information:
       2004 Chevy Pickup-parked not working

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☑ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?** $2,500.00
   **Current value of the portion you own?** $2,500.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.............................................................................................. → **$5,000.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | Gregorio | | Trevino | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Maria | Carmen | Trevino | 17-70408 |
| | First Name | Middle Name | Last Name | |

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe........   Sofa, Love Seat, Recliner, 42"in Color Tv, Entertainment Center, Coffee Table, Dvd Player, 6 Picture Frames, Refrigerator, Stove, Microwave Oven, Oven, Dishwasher, Pots, Pans, Dishes, Glassware, Flatware, Small Appliances, 2 Dinning Table, 15 Chairs, China Cabinet, Sofa, Love Seat, Coffee Table, 2 End Tables, Table 4 Queen Beds, 4 Dressers, 4 Color Tvs, 4 Lamps, 2 Dvd Players Outdoor Table, Picnic Table, Washer, Dryer, Lawn Mower, Lawn Tractor, Weedeater, Chainsaw Garden Tools, Towels, Toilette Articles, Freezer    $7,500.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☑ No
   ☐ Yes. Describe........

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe........

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe........

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe........   2 Dogs, Cat    **unknown**

| Debtor 1 | **Gregorio** | | **Trevino** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Maria** | **Carmen** | **Trevino** | **17-70408** |
| | First Name | Middle Name | Last Name | |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ➔ **$7,500.00**

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes............................................................................................................................ Cash..............

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.................

    Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | **Bank of America - Business Operating Account Account: xxx9602** | $2,376.33 |
    | 17.2. Checking account: | **Rio Bank - Personal Account xxx6504** | $308.00 |
    | 17.3. Savings account: | | |
    | 17.4. Savings account: | | |
    | 17.5. Certificates of deposit: | | |
    | 17.6. Other financial account: | | |
    | 17.7. Other financial account: | | |
    | 17.8. Other financial account: | | |
    | 17.9. Other financial account: | | |

Case 17-70408   Document 32   Filed in TXSB on 11/30/17   Page 5 of 17

Debtor 1     **Gregorio**            **Trevino**
             First Name   Middle Name   Last Name

Debtor 2     **Maria       Carmen      Trevino**
             First Name   Middle Name   Last Name

Case number *(if known)*   **17-70408**

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them...................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them...................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes...................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☐ No
    ☑ Yes...................

    Issuer name and description:

    **Fidelity Account - only for college |**                                    $5,703.66

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes...................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them....

| Debtor 1 | **Gregorio** | | **Trevino** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Maria** | **Carmen** | **Trevino** | **17-70408** |
| | First Name | Middle Name | Last Name | |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them....

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them....

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

    Federal:
    State:
    Local:

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information..........

    Alimony:
    Maintenance:
    Support:
    Divorce settlement:
    Property settlement:

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information..........

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value....

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **Protective Term Life insurance (face value $500,000.00) no cash value** | | **$0.00** |

Official Form 106A/B                               **Schedule A/B: Property**                               page **6**

| Debtor 1 | **Gregorio** | | **Trevino** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Maria** | **Carmen** | **Trevino** | **17-70408** |
| | First Name | Middle Name | Last Name | |

---

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*   Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim................

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim................

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information..........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................→   $30,872.01

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.
    ☑ Yes. Go to line 38.

38. **Accounts receivable or commissions you already earned**

    ☐ No
    ☑ Yes. Describe........   Pending fees from City of San Juan   $4,500.00

39. **Office equipment, furnishings, and supplies**

    *Examples:*   Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No
    ☑ Yes. Describe........   Desks, chairs, tables, shelves, computers, printers, copier   $4,500.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe........

---

| Debtor 1 | Gregorio | | Trevino | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Maria | Carmen | Trevino | 17-70408 |
| | First Name | Middle Name | Last Name | |

---

**41. Inventory**

☑ No
☐ Yes. Describe........

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe........

**44. Any business-related property you did not already list**

☐ No
☑ Yes. Give specific information.........

| | |
|---|---|
| **Possible/projected income from existing/current personal injury cases.** | **$30,000.00** |
| **Debtor's 40% interest in the possible attorney fees recovered if plaintiff is successful in wrongful death case: Cause No. 15-CV-00724; Juan Pruneda and Maria Ana Pruneda, Individually and as Representatives of the Estate of Matias Uriel Pruneda, Decedent vs. Honghua International Co., LTD., Chuanyou Guanghan Honghua Co., Ltd., and Sichuan Honghua Petroleum Equipment Co., Ltd., Nabors Industries, Ltd., Nabors Drilling International Limited, and Nabors Drilling International, II, Limited; In the United States District Court for the Western District of Texas (San Antonio Division).** | **unknown** |
| **Debtor's 40% interest in possible attorney's fees recovered if plaintiff is successful in the following personal injury case: Rogelio Rodriguez vs. Nicolas Golarte D/B/A/ Global Satellites and Nicolas Golarte D/B/A Talk N Talk Wireless & Satellites, Cause No. C-3434-14-H; In the 389th Judicial District Court for Hidalgo County, Texas.** | **unknown** |

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................➔ **$39,000.00**

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**47. Farm animals**
  *Examples:* Livestock, poultry, farm-raised fish
  ☐ No
  ☐ Yes........................

---

Official Form 106A/B                    Schedule A/B: Property                    page 8

| Debtor 1 | Gregorio | | Trevino | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | Maria | Carmen | Trevino | 17-70408 |
| | First Name | Middle Name | Last Name | |

48. **Crops—either growing or harvested**
   ☐ No
   ☐ Yes. Give specific information.............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   ☐ No
   ☐ Yes.........................

50. **Farm and fishing supplies, chemicals, and feed**
   ☐ No
   ☐ Yes.........................

51. **Any farm- and commercial fishing-related property you did not already list**
   ☐ No
   ☐ Yes. Give specific information.............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................................→

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information.............

54. **Add the dollar value of all of your entries from Part 7. Write that number here**....................................................→ $0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**....................................................................................................................→ $463,972.00

56. **Part 2: Total vehicles, line 5**        $5,000.00

57. **Part 3: Total personal and household items, line 15**        $7,500.00

58. **Part 4: Total financial assets, line 36**        $30,872.01

59. **Part 5: Total business-related property, line 45**        $39,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**        $0.00

Official Form 106A/B                    **Schedule A/B: Property**                    page **9**

| | | |
|---|---|---|
| Debtor 1 | **Gregorio** | **Trevino** |
| Debtor 2 | **Maria** **Carmen** **Trevino** | |
| | First Name   Middle Name   Last Name | Case Number (*if known*) **17-70408** |

| | | | | |
|---|---|---|---|---|
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61.............. | $82,372.01 | Copy personal property total → | + $82,372.01 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62................................................................................................ | | | $546,344.01 |

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregorio** | **Trevino** | Case number *(if known)* |
| Debtor 2 | **Maria** **Carmen** | **Trevino** | **17-70408** |
| | First Name   Middle Name | Last Name | |

## SCHEDULE A/B: PROPERTY
Continuation Page

17. **Deposits of money**
   - Checking account: **Chase checking personal acct xxxxx2962** — $0.00
   - Checking account: **Chase IOLTA checking acct 2639** — $22,484.02

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregorio** | | **Trevino** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **Carmen** | **Trevino** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number: 17-70408
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                                           04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sunchase Acres Lot 3 105 E Moore Rd San Juan, TX 78589-2644 Hidalgo County Texas 105 E. Moore Rd San Juan, TX 78589<br>Line from Schedule A/B: 1.1 | $463,972.00 | ☑ $250,953.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| Brief description: 2003 Cadillac Escalade 2003 Cadillac Escalade-Debtor<br>Line from Schedule A/B: 3.1 | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| | | |
|---|---|---|
| Debtor 1 | Gregorio | Trevino |
| Debtor 2 | Maria Carmen | Trevino |
| | First Name   Middle Name | Last Name |

Case Number (if known) 17-70408

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2004 Chevrolet Pickup<br>2004 Chevy Pickup-parked not working<br>Line from Schedule A/B: 3.2 | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description: Sofa, Love Seat, Recliner, 42"in Color Tv, Entertainment Center, Coffee Table, Dvd Player, 6 Picture Frames, Refrigerator, Stove, Microwave Oven, Oven, Dishwasher, Pots, Pans, Dishes, Glassware, Flatware, Small Appliances, 2 Dinning Table, 15 Chairs, China Cabinet, Sofa, Love Seat, Coffee Table, 2 End Tables, Table 4 Queen Beds, 4 Dressers, 4 Color Tvs, 4 Lamps, 2 Dvd Players Outdoor Table, Picnic Table, Washer, Dryer, Lawn Mower, Lawn Tractor, Weedeater, Chainsaw Garden Tools, Towels, Toilette Articles, Freezer<br>Line from Schedule A/B: 6 | $7,500.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: Fidelity Account - only for college<br>Line from Schedule A/B: 23 | $5,703.66 | ☑ $5,703.66<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0022 |
| Brief description: Pending fees from City of San Juan<br>Line from Schedule A/B: 38 | $4,500.00 | ☑ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.001(d) |
| Brief description: Desks, chairs, tables, shelves, computers, printers, copier<br>Line from Schedule A/B: 39 | $4,500.00 | ☑ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |

| Debtor 1 | Gregorio | | Trevino | Case Number (if known) |
|---|---|---|---|---|
| Debtor 2 | Maria | Carmen | Trevino | 17-70408 |
| | First Name | Middle Name | Last Name | |

# Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Debtor's 40% interest in the possible attorney fees recovered if plaintiff is successful in wrongful death case: Cause No. 15-CV-00724; Juan Pruneda and Maria Ana Pruneda, Individually and as Representatives of the Estate of Matias Uriel Pruneda, Decedent vs. Honghua International Co., LTD., Chuanyou Guanghan Honghua Co., Ltd., and Sichuan Honghua Petroleum Equipment Co., Ltd., Nabors Industries, Ltd., Nabors Drilling International Limited, and Nabors Drilling International, II, Limited; In the United States District Court for the Western District of Texas (San Antonio Division).<br><br>**Line from Schedule A/B:** 44 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.001(b)(1) |
| **Brief description:** Debtor's 40% interest in possible attorney's fees recovered if plaintiff is successful in the following personal injury case: Rogelio Rodriguez vs. Nicolas Golarte D/B/A/ Global Satellites and Nicolas Golarte D/B/A Talk N Talk Wireless & Satellites, Cause No. C-3434-14-H; In the 389th Judicial District Court for Hidalgo County, Texas.<br><br>**Line from Schedule A/B:** 44 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.001(b)(1) |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregorio** | | **Trevino** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **Carmen** | **Trevino** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number: 17-70408
(if known)

☑ Check if this is an amended filing

# Official Form 106Dec
## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaraion and that they are true and correct.**

X /s/ Gregorio Trevino
Gregorio Trevino, Debtor 1

Date 11/29/2017
    MM/ DD/ YYYY

X /s/ Maria Carmen Trevino
Maria Carmen Trevino, Debtor 2

Date 11/29/2017
    MM/ DD/ YYYY

# United States Bankruptcy Court
## Southern District of Texas

In re  Gregorio Trevino and Maria Carmen Trevino            Case No.  **17-70408**
                                    Debtor(s)               Chapter.  **11**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**Amended Schedules A/B,C**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on 11/29/2017.

11/29/2017                                                  /s/ Marcos D Oliva
                                                            Marcos D Oliva
                                                            Bar Number: 24056068
                                                            223 W Nolana Ave
                                                            Mcallen, TX 78504-2500
                                                            Phone: 9566837800
                                                            Email: marcos@oliva.law

**Affirm Inc**
633 Folsom St Fl 7
San Francisco, CA 94107

**Afni**
1310 Martin Luther King Dr
Bloomington, IL 61701

**Cavalry Portfolio Services**
ATTN: Bankruptcy Department 500
Summit Lake Ste 400
Valhalla, NY 10595

**Chamberlain-Hrdlicka**
112 E. Pecan Street 1450
San Antonio, TX 78205

**Comenity Bank/Avenue**
PO Box 182125
Columbus, OH 43218

**Comenity Bank/ctpr&bks**
PO Box 182125
Columbus, OH 43218

**Comenity Capital Bank/HSN**
PO Box 182125
Columbus, OH 43218

**Comenitybank/venus**
Comenity Bank
PO Box 182125
Columbus, OH 43218

**Comenitybank/woman W**
4590 E Broad St
Columbus, OH 43213

**Compass Bank**
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296

**Credit One Bank Na**
PO Box 98873
Las Vegas, NV 89193

**Dept Of Ed/Navient**
Attn: Claims Dept
P.O. Box 9635
Wilkes-Barr, PA 18773-9635

**Deville Mgmt**
1132 Glade Road
Colleyville, TX 76034

**Dynamic Recovery Solution**
135 Interstate Blvd Suite 6
Greenville, SC 29615

**Emergency Savings Fund**

**First Premier Bank**
601 N. Minnesota Ave
Sioux Falls, SD 57104

**First Premier Bank**
601 S Minnesota Ave
Sioux Falls, SD 57104

**Focus Receivables Mana**
1130 Northchase Parkway Suite 150
Marietta, GA 30067

**Internal Revenue Service**
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

**Internal Revenue Service**
Centralized Insolvency Operation
P O Box 7346
Philadelphia, PA 19101

**Mabt - Genesis Retail**
Po Box 4499
Beaverton, OR 97076

**Marcos D. Oliva, PC**
Marcos D. Oliva
223 W Nolana Ave
Mcallen, TX 78504-2500

**Maria Carmen Trevino**
105 E. Moore Rd
San Juan, TX 78589

**Midland Funding**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

**Ocwen Loan Sevicing Llc**
Attn: Research Dept
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409

**Portfolio Recovery**
PO box 41067
Norfolk, VA 23541-1067

**Rcvl Per Mng**
Attn:Collections/Bankruptcy
PO Box 1548
Lynnwood, WA 98036

**Synchrony Bank/Amazon**
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

**Synchrony Bank/QVC**
GE Credit Retail Bank/Attn:
Bankruptcy
PO Box 103104
Roswell, GA 30076

**Texas Comptroller of Public Accounts**
P.O. Box 13528
Austin,, TX 78711-3528

**Texas Workforce Commission**
PO Box 1298
McAllen, TX 78505