UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 17-70408 |
| GREGORIO TREVINO and | § | |
| MARIA CARMEN TREVINO | § | (CHAPTER 11) |
| Debtors | § | JUDGE EDUARDO V. RODRIGUEZ |

**NUNC PRO TUNC APPLICATION TO EMPLOY NAI RIO GRANDE VALLEY AS REAL ESTATE AGENT PURSUANT TO 11 U.S.C. §327 & 328(a)**

This motion seeks an Order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party, you must file and serve your response within twenty-one (21) days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the Court may consider evidence at the Hearing and may decide the motion at the Hearing. Represented parties should act through their Attorney.

TO THE HONORABLE EDUARDO RODRIGUEZ, UNITED STATES BANKRUPTCY JUDGE:

Gregorio Trevino and Maria Carmen Trevino , (the "Movant") files this Nunc Pro Tunc

Application to Employ NAI Rio Grande Valley (the "Firm") as Real Estate Agent pursuant to 11 U.S.C.

§ 328(a).

**Application to Employ**

1. The Movant desires to employ the Firm on a commission fee basis to represent the

Movant in the listing and sale of Movant's Property located at 105 E. Moore Rd., San Juan, Texas 78589,

Hidalgo County, Texas.

2. The employment of the Firm is required at this time to pursue the

sale of the Movant's property for the benefit of the estate.

3. The Firm maintains offices at 1400 N. McColl, Suite 104B, McAllen, Texas 78501. The Firm's

main telephone number is (956) 994-8900.

4. The Movant has selected the Firm because its members have extensive real estate experience. The Movant believes that the Firm can provide the estate with the required expertise to allow the Movant to handle this sale effectively and prudently.

5. Laura Liza Paz, of the Firm will be designated as Selling Agent and will be responsible for the representation of the Movant by the Firm as set forth in this Application.

6. Laura Liza Paz is a licensed real estate agent in the State of Texas. Ms. Paz has significant experience in handling the sale of residential real property. The Movant has selected Ms. Paz because of his prior experience and specialization in sales of this type.

7. The Firm will render professional services including, but not limited to:  listing the Property for sale;  marketing the Property;  showing the Property to potential buyers; and  negotiating the sale of the Property.

8. The Firm has not previously represented the Movant prior to this bankruptcy case. Except as set forth above and in the attached affidavit, the Firm has no other connection with the Debtor, its creditors, any other parties in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee and is a "disinterested person" within the definition of Section 101(14) of the Bankruptcy Code on the matters for which it is to be engaged as special counsel. See Attached Affidavit. Compensation

9. The Movant has negotiated a commission fee arrangement with the Movant. Under the proposed agreement, the Firm will receive six percent (6%) of the sales price. A copy of the proposed agreement is attached as Exhibit 1.

10. Under the circumstances, the Movant believes Application to Employ that the terms of the proposed agreement are both reasonable and prudent. The estate incurs no additional administrative expense without a direct corresponding benefit.

11. The Firm has not received any funds from the Debtor or any other party in this case.

12. In the attached affidavit, the Firm has identified the amount and source of compensation to be paid to the Firm  for services rendered in connection with its representation of the Movant in this case. Authority for Employment Nunc Pro Tunc .

13. The Debtor originally contacted the Firm on or about May 31, 2018 to represent the Debtor in connection with the sale of the Property. The Firm immediately took action in the case to protect the Debtor's interests and has continuously since represented the Debtor. The firm was not aware of the need to have its employment approved. As soon as the Firm discovered the need for court approval, it promptly took all necessary actions to prepare/file this nunc pro tunc application.

14. The Court has discretion to issue an order approving the employment of an agent nunc pro tunc under its general equity powers. In re Triangle Chemicals, Inc., 697 F.2d 1280, 1288-89 (5th Cir. 1983). Bankruptcy Local Rule 2014-1(b) sets forth the requirements for a nunc pro tunc application. First, Movant and the Firm were not aware of the need for Court approval of the Firm's employment. Second, nunc pro tunc approval is required because services have already been provided. Finally, no party has been prejudiced by the delay. Further, Movant anticipates that the sale of the Property will be a benefit to the creditors of the bankruptcy estate. The Firm understands that it bears responsibility for ensuring that its employment applications are properly filed with the Court. The Firm has, however, acted reasonably and Application to Employ prudently in this case. No party has been prejudiced. Under these circumstances, an order nunc pro tunc is appropriate.

Accordingly, the Movant requests that the Court approve the retention of the Firm as real estate agent under 11 U.S.C. § 328(a) nunc pro tunc as set forth above and for such other relief as is just.

Dated: June 26, 2018

Respectfully submitted
The Law office of Christopher Lee Phillippe
248 Billy Mitchell Blvd.
Brownsville, TX 78521
956-544-6096
Fax: 956-982-19-21

BY: /s/ Christopher Lee Phillippe
Christopher Lee Phillippe

Email: clphillippe@cameroncountylawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Bankr. R. 2014, this instrument was served by United States first class mail, with proper postage affixed, addressed to the parties set forth on the attached Service List on this June 26, 2018.

/s/ Christopher Lee Phillippe
Christopher Lee Phillippe

U.S TRUSTEE:
Stephen Statham
606 N. Caranchua, Ste. 1107
Corpus Christi, Texas 78401
Email: stephen.statham@usdoj.gov

DEBTOR
Gregorio Trevino
105 E. Moore Rd.
San Juan, TX 78589
and
Maria Carmen Trevino
105 E. Moore Rd.
 San Juan, TX 78589

NAI Rio Grande Valley
℅ Laura Liza Paz
1400 N. McColl, Suite 104B
McAllen, Texas 78501
Via email: laurap@nairgv.com

And all other Creditors …..

Ocwen Loan Servicing, LLC
Attn: Research Dept. 1661
Worthington Rd, Ste 100
West Palm Beach, FL 33409
Via U.S.P.S. First Class Mail

Internal Revenue Service
300 E. 8th St. STOP 5026AUS
Austin, TX 78701 Via
U.S.P.S. First Class Mail Texas

Comptroller of Public accounts
P O Box 13528
Austin, TX 78711-3528
Via U.S.P.S. First Class Mail

Texas Workforce Commission
P O Box 1298
McAllen, TX 78505
Via U.S.P.S. First Class Mail

Affirm Inc
633 Folsom St Fl 7
San Francisco, CA 94107

Afni
1310 Martin Luther King Dr
Bloomington, IL 61701

Cavalry Portfolio Services
ATTN: Bankruptcy Dept. 500 Summit L
Valhalla, NY 10595

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Internal Revenue Service
Centralized Insolvency Operation
P O Box 7346
Philadelphia, PA 19101

Internal Revenue Service
300 E. 8th St. STOP 5026 AUS
Austin, TX 78701

LVNV Funding, LLC its successors and
assigns as
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Mabt - Genesis Retail
Po Box 4499
Beaverton, OR 97076

Marcos D. Oliva, PC
Marcos D. Oliva
223 W Nolana Ave
Mcallen, TX 78504-2500

Midland Funding
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPARTMENT

Chamberlain-Hrdlicka
112 E. Pecan Street 1450
San Antonio, TX 78205

Comenity Bank/Avenue
PO Box 182125
Columbus, OH 43218

Comenity Bank/ctpr&bks
PO Box 182125
Columbus, OH 43218

Comenity Capital Bank/HSN
PO Box 182125
Columbus, OH 43218

Comenitybank/venus
Comenity Bank
PO Box 182125
Columbus, OH 43218

Comenitybank/woman W
4590 E Broad St
Columbus, OH 43213

Compass Bank
Attn: Bankruptcy
PO Box 10566
Birmingham, AL 35296

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

P O BOX 24605
WEST PALM BEACH, FL 33416-4605

Ocwen Loan Servicing Llc
Attn: Research Dept
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409

Portfolio Recovery
PO box 41067
Norfolk, VA 23541-1067

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Rcvl Per Mng
Attn:Collections/Bankruptcy

Credit One Bank Na
PO Box 98873
Las Vegas, NV 89193

Dept Of Ed/Navient
Attn: Claims Dept
P.O. Box 9635
Wilkes-Barr, PA 18773-9635

Deville Mgmt
1132 Glade Road
Colleyville, TX 76034

Dynamic Recovery Solution
135 Interstate Blvd Suite 6
Greenville, SC 29615

Emergency Savings Fund

First Premier Bank
601 N. Minnesota Ave
Sioux Falls, SD 57104

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Focus Receivables Mana
1130 Northchase Parkway Suite 150
Marietta, GA 30067

Hidalgo County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

PO Box 1548
Lynnwood, WA 98036

Rio Grande Regional Hospital
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Synchrony Bank/QVC
GE Credit Retail Bank/Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin,, TX 78711-3528

Texas Workforce Commission
PO Box 1298
McAllen, TX 78505

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION -
SAU
101 EAST 15TH STREET, ROOM 556
AUSTIN, TX 78778-0001